**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | Case No. CV 16-2984 DMG (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BIZZ, INC., et al., | |
| Defendants. | |

This Court having granted the motion by Plaintiff Star Fabrics, Inc. for default judgment against Defendant C'est La Vie by order dated May 17, 2015 [Doc. # 69], and Plaintiff having accepted an Offer of Judgment from Defendants Sweet People Apparel, Inc. and Dillard's, Inc. pursuant to Federal Rule of Civil Procedure 68 [Doc. # 65],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant C'est La Vie in the total amount of $30,000 in statutory damages under 17 U.S.C. § 504(c), plus $2400 in attorneys' fees, and $722.85 in costs; and against Sweet People Apparel, Inc. and Dillard's Inc. in the amount of $45,000, the sum of which shall be paid by Sweet People, inclusive of the total of any and all money damages that may be awarded against Sweet People and Dillard's, together with any portion of Star Fabrics' attorneys' fees and costs which it may be entitled to recover from the lawsuit's inception to the date of the Rule 68 Offer of Judgment [Doc. # 65.]

Defendants Sweet People and Dillard's are further permanently enjoined and restrained from infringing or making any unauthorized use of the copyrighted work that is the subject of Star Fabrics' claims. Star Fabrics' claims against Sweet People and Dillard are hereby dismissed with prejudice.

DATED: May 17, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE